RECEIVED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

NOV 1 7 2016 ᴱⱽ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Edgar Santana

_____

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Medical At
Winnebago County Jail; and,

Northern Illinois University College

of Medicine at Rockford;

_____

_____

_____
(Enter above the full name of ALL
defendants in this action.  Do not
use "et al.")

3:16-cv-50342
Judge Frederick Kapala
Magistrate Judge Iain D. Johnston
PC9

Case No:_____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**        <u>**AMENDED COMPLAINT**</u>

_____        **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
              **U.S. Code** (state, county, or municipal defendants)

__✓___        **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
              **28 SECTION 1331 U.S. Code** (federal defendants)

_____        **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR*
*FILING."  FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I.   **Plaintiff(s):**

    A.    Name: _Edgar Santana_

    B.    List all aliases: _None_

    C.    Prisoner identification number: _157549 ; County Jail Number_

    D.    Place of present confinement: _Winnebago County Jail_

    E.    Address: _Winnebago County Justice Center 650 W. State, Rockford, Ill. 61102_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A.    Defendant: _Medical unit of the Winnebago County Jail_

          Title: _medical_

          Place of Employment: _Winnebago County Jail Subcontractor_

    B.    Defendant: _Northern Illinois University College of Medicine at Rockford_

          Title: _medical unit_

          Place of Employment: _Winnebago County Jail Subcontractor_

    C.    Defendant: _N/A_

          Title: _N/A_

          Place of Employment: _N/A_

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Reviewed: 8/2013

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _N/A_

B. Approximate date of filing lawsuit: _N/A_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_N/A_

D. List all defendants: _N/A_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

F. Name of judge to whom case was assigned: _N/A_

G. Basic claim made: _N/A_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed: 8/2013

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I came to the Winnebago County Jail on September 21, 2016. Prior to being arrested on probation violation, I was seeing a psychiatrist, Dr. Sadek from St. Mary's of Nazereth Hospital at 2222 West Division, Chicago, Ill. 60647. Dr. Sadek had diagnosed my mental health condition as Schizophrenia, Bipolar and Chronic depression with anti social personality disorder with poly Substance abuse (marijuana). I was prescribed Seroquel, 200mg once nightly since approximately 2005. The winnebago County Jail medical unit, as Staffed by winnebago County Jail employee's and personnel from N.I.U College of medicine, have denied the plaintiff all medications regarding his mental health issue's. I've filed multiple requests and grievances in this regard. Another Inmate (Jim Johnson) is helping me write this complaint. he, Like a large number of other inmate's, are also being denied their psychiatric medications (Seroquel 200mg) among others. It is this facility's and medical unit's Standard unwritten rule or procedure not to provide Seroquel to any inmate's unless they bring it in on their own ... and that's usually not accepted by the facility personnel when it is brought in. The medication's I am also denied are: Buspar; Colonopen (phonetic) ; Trazadone (phonetic); Solft; The Jail, by State Law, are supposed to provide my prescribed medications;
(See Exhibits Annexed)

4

Reviewed: 8/2013

**V.**    **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To recieve my mental health medications and for each person in this facility to stop being denied their mental health treatment and medications by this facility and medical personnel.

    Punitive damages for the cruel punishments and mental anguish Im experiencing Now.

**VI.**    The plaintiff demands that the case be tried by a jury. ☑ YES    ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _14_ day of _October_, 20 _16_

_Edgar Santana_
(Signature of plaintiff or plaintiffs)

_Edgar Santana_
(Print name)

_157549_
(I.D. Number)

_650 West State Street_
_Rockford, Ill. 61102_
_(County Jail)_
(Address)

Reviewed: 8/2013

*Requests [illegible]*
*and grievances. (Both sides as indicated)*

---

**GT**

**RESIDENT REQUEST REPORT**

Page    1 of    7

Winnebago County Jail
10/17/2016 12:49
OPR   keyto

---

```
MID             :   157549
Resident Name   :   SANTANA, EDGAR AUGSTIN

Request Type    :   ALL
Status          :   ALL
Time Frame      :   09/01/2016  -  10/17/2016
Sort By         :   Grievance Type
```

| Request # | 471797 | BIVENS ACT REQUEST | CLOSED |
|---|---|---|---|

| | | |
|---|---|---|
| 1 | 09/27/2016 18:46 | RESIDENT |
| | NEED TO FILE OR GETA 1083 FORM FOR LAW SUIT | |
| 2 | 10/02/2016 08:16 | watson |
| | Given a Bivens Act Lawsuit packet. You are responsible for purchasing an envelope and postage. Postage is usually around $2.25. Purchase stamps and an envelope from Commissary. Once the packet is taken to the Post Office, if more postage is due it will be debited from your Trust Account. | |

| Request # | 475000 | BIVENS ACT REQUEST | CLOSED |
|---|---|---|---|

| | | |
|---|---|---|
| 1 | 10/08/2016 17:25 | RESIDENT |
| | TO ANY SARGENT OR LUTENET IM MISING MY WALLET 1BUSCARD 2LINK CARDS 1 CHASE DEBIT CARD I WANT TO BOUND OUT | |
| 2 | 10/11/2016 06:53 | watson |
| | Talk to your pod officer. Your wallet should be in your property | |

| Request # | 475864 | BIVENS ACT REQUEST | CLOSED |
|---|---|---|---|

| | | |
|---|---|---|
| 1 | 10/11/2016 19:38 | RESIDENT |
| | I NEED TO GET A FORM OF FREEDOM OF ACT FORM PLEASE THANK VERY MUCH. | |
| 2 | 10/15/2016 15:15 | watson |
| | Requested and received FOIA form | |

```
# of Requests   :        3

# Open          :        0
# Closed        :        3
```

| Request # | 470383 | CHAPLAIN / RELIGIOUS REQUEST | CLOSED |
|---|---|---|---|

| | | |
|---|---|---|
| 1 | 09/22/2016 16:05 | RESIDENT |
| | WANT TO ATTEND CHURCH TANK YOU | |
| 2 | 09/23/2016 08:25 | thurma |
| | Our classes now run in a 8 week cycle. Be patient. Be faithful to the other classes you are assigned and we will move you up. | |

You must attend Chapel to be eligible

On waiting list for Lifeline.

GT

**RESIDENT REQUEST REPORT**                                                       Page      2 of     7

Winnebago County Jail
10/17/2016 12:49
OPR   keyto

---

MID              :   157549
Resident Name    :   SANTANA, EDGAR AUGSTIN

Request Type   :   ALL
Status         :   ALL
Time Frame     :   09/01/2016   -   10/17/2016
Sort By        :   Grievance Type

---

| **Request #** | **470722** | CHAPLAIN / RELIGIOUS REQUEST | **CLOSED** |
|---|---|---|---|

1          09/23/2016 20:43      RESIDENT
           I WOULD LIKE TO SIGN UP FOR BIBLE STUDY CTASSES AND ID ALSO LIKE A HOLY BIBLE. THANK YOU
2          09/26/2016 09:46      thurma
           Our classes now run in a 8 week cycle. Be patient. Be faithful to the other classes you
           are assigned and we will move you up.

           You must attend Chapel to be eligible

           On waiting list for Lifeline.

           On waiting list for next available chapel, be ready Wed. 7 pm or Sunday 9:30 am

           It is our procedure to send you a Gospel of John to start and a Bible Study on John
           please complete and return to us and we will consider sending you more.

---

| **Request #** | **477100** | CHAPLAIN / RELIGIOUS REQUEST | **OPEN** |
|---|---|---|---|

1          10/15/2016 21:59      RESIDENT
           NEED TO SEE CHAPLIN

---

# of Requests    :            3

# Open           :            1

# Closed         :            2

---

| **Request #** | **472501** | COMMISSARY PAK REQUESTS | **CLOSED** |
|---|---|---|---|

1          09/29/2016 19:56      RESIDENT
           DELUX SNACK PACK 1
2          09/30/2016 08:33      silkey
           YOU WILL GET IT TODAY

---

# of Requests    :            1

# Open           :            0

# Closed         :            1

GT

## RESIDENT REQUEST REPORT

Winnebago County Jail
10/17/2016 12:49
OPR   keyto

```
MID             :  157549
Resident Name   :  SANTANA, EDGAR AUGSTIN

Request Type  :   ALL
Status        :   ALL
Time Frame    :   09/01/2016  -  10/17/2016
Sort By       :   Grievance Type
```

| Request # | 470004 | GENERAL REQUESTS | CLOSED |
|---|---|---|---|

| 1 | 09/21/2016 19:11    RESIDENT |
|---|---|

NEED TO SEE PSYCHISTRIS FOR MY MEDS SEROQUEL 200 BUSPAR 15MG SOLOFT 50MG ADIVAN 1MG NEURONTIN600MG

| 2 | 09/21/2016 19:20    6577 |
|---|---|

Submit under mental health

| Request # | 470382 | GENERAL REQUESTS | CLOSED |
|---|---|---|---|

| 1 | 09/22/2016 16:03    RESIDENT |
|---|---|

NED TO SE NURSE DO TO AN ALERGY SPOTS ON MY ARMS RED DOTS THANK YOU

| 2 | 09/22/2016 17:55    6577 |
|---|---|

Submit under medical

| Request # | 474999 | GENERAL REQUESTS | CLOSED |
|---|---|---|---|

| 1 | 10/08/2016 17:22    RESIDENT |
|---|---|

TO LUTENET.IM MISSING MY WALLET AND 2LINK CARDS 1 BUSPASS 1CHASE DEBIT CARD.I HAD THEM WHEN I ENTER THIS COUNTY IN MY PROPERTY BAG I WANT TO BOUND OUT..

| 2 | 10/08/2016 19:44    Ponte |
|---|---|

I will look into this and get back to you.

```
# of Requests  :        3

# Open         :        0
# Closed       :        3
```

| Request # | 474957 | GRIEVANCE - GENERAL | CLOSED |
|---|---|---|---|

| 1 | 10/08/2016 15:02    RESIDENT |
|---|---|

TO ANY SEARGT.I CAN FIND MY DEBIT CARD AND I CAME WHIT IT .AND MY WALLET.TO BOUND OUT..

| 2 | 10/08/2016 15:58    Mangru |
|---|---|

If you came in with it, it would be there.

| Request # | 477302 | GRIEVANCE - GENERAL | OPEN |
|---|---|---|---|

| 1 | 10/16/2016 19:52    RESIDENT |
|---|---|

TO ANY SEARGENT OR LUTENENT IM MISSING MY WALLET AND MY DEBIT CARD.I SAW MY WALLET IN MY PROPERTY BAG.WHEN IWAS BOOKED ITS HERE .JUST MISPLACE

GT

## RESIDENT REQUEST REPORT

Page    4 of    7

Winnebago County Jail
10/17/2016 12:49
OPR   keyto

---

MID            :   157549
Resident Name  :   SANTANA, EDGAR AUGSTIN

Request Type   :   ALL
Status         :   ALL
Time Frame     :   09/01/2016  -  10/17/2016
Sort By        :   Grievance Type

---

# of Requests  :          2

# Open         :          1
# Closed       :          1

---

| Request # | 475059 | MEDICAL GRIEVANCE | CLOSED |
|---|---|---|---|

| 1 | 10/08/2016 21:37 | RESIDENT |
|---|---|---|

I HAVENT RECEIVED MY PSCHY MEDICATIONS SINCE I BEEN HERE I HAVE REQUESTED THEM ALREADY

| 2 | 10/10/2016 12:06 | wellsc |
|---|---|---|

Mr. Santana, please have someone bring in your current medication if able. Please also submit a mental health request. If you have no one to bring in your current medication you can also submit a request to see the provider in the clinic to have a treatment plan for your concerns. Thank You

---

# of Requests  :          1

# Open         :          0
# Closed       :          1

---

| Request # | 470384 | MEDICAL REQUEST | CLOSED |
|---|---|---|---|

| 1 | 09/22/2016 16:07 | RESIDENT |
|---|---|---|

NEED TO SEE NURSE I HAVE RED DOTS ON MY ARMS

| 2 | 09/23/2016 06:33 | A123 |
|---|---|---|

a nurse visit has been scheduled

---

| Request # | 470389 | MEDICAL REQUEST | CLOSED |
|---|---|---|---|

| 1 | 09/22/2016 16:17 | RESIDENT |
|---|---|---|

I HAVE BACK PAIN DO TO A GUN SHOT WOUND I TAKE TYLENOL 3.HYDROCONE 10.NEURONTIN 600MG.IBUPROFIN 800MG.

| 2 | 09/22/2016 20:49 | A123 |
|---|---|---|

please have your family bring in your current prescriptions, except the narcotics

GT

## RESIDENT REQUEST REPORT

Winnebago County Jail
10/17/2016 12:49
OPR   keyto

```
MID              :   157549
Resident Name    :   SANTANA, EDGAR AUGSTIN

Request Type   :    ALL
Status         :    ALL
Time Frame     :    09/01/2016  -  10/17/2016
Sort By        :    Grievance Type
```

| # of Requests | : | 2 |
|---|---|---|
| # Open | : | 0 |
| # Closed | : | 2 |

| Request # | 476549 | MENTAL HEALTH GRIEVANCE | CLOSED |
|---|---|---|---|

| 1 | 10/14/2016 07:53    RESIDENT |
|---|---|

SO  I CANT SLEEP AND TRASADONE IS FOR SLEEPING IM HAVING ANXIETY RESTLESSNESS AND RASING THOUGS IM THINKING TOO MUCH AND I FEEL DEPRESS YET IM NOT GETTING NOTHING?

| 2 | 10/14/2016 09:18    coxm |
|---|---|

I have already responded numerous times that you are on the list to be seen.  Please be patient.  I am the only one here for mental health.  You reported schizophrenia and I merely said Trazodone does not treat that illness.  The jail does not medicate for sleep.

| # of Requests | : | 1 |
|---|---|---|
| # Open | : | 0 |
| # Closed | : | 1 |

| Request # | 470388 | MENTAL HEALTH REQUEST | CLOSED |
|---|---|---|---|

| 1 | 09/22/2016 16:13    RESIDENT |
|---|---|

NEED MY MEDS CANT SLEEP SEREQUEL 200MG BUSPAR 15MG .DEPAKOTE 500MG.SLOFT 50MG.ADIVAN 1MG.NEURONTIN 600MG.HYDROCONE 5MG.BENEDRIL 10 FOR SLEEPING.

| 2 | 09/23/2016 09:59    coxm |
|---|---|

Your meds can be started once they are dropped off.  The jail does not carry most of the medications you listed.  Please note that Ativan and Hydrocodone are not given in jail. Please submit a sick call to medical if you are having pain.  The jail does not give medications for sleep.

| Request # | 472433 | MENTAL HEALTH REQUEST | CLOSED |
|---|---|---|---|

| 1 | 09/29/2016 15:58    RESIDENT |
|---|---|

NEED SPCHY MEDS.SEREQUEL.ADDERAL.BUSPAR.NEURONTIN.BUSPAR.BENEDRIL.LORASAPEN.

| 2 | 09/30/2016 08:59    coxm |
|---|---|

The jail does not have these meds.  You will need to have your own dropped off.

GT

**RESIDENT REQUEST REPORT**                                          Page    6 of    7

Winnebago County Jail
10/17/2016 12:49
OPR   keyto

```
MID             :   157549
Resident Name   :   SANTANA, EDGAR AUGSTIN

Request Type  :   ALL
Status        :   ALL
Time Frame    :   09/01/2016  -  10/17/2016
Sort By       :   Grievance Type
```

| Request # | 475779 | MENTAL HEALTH REQUEST | CLOSED |
|---|---|---|---|

```
1          10/11/2016 14:18     RESIDENT
           SO I HAVENT HAD NO MEDICATION FOR MY SCHISOPRENIA OR BYPOLAR BECAUSE YOU DONT CARRY
           THEM.AM I EVER GOING TO GET ANYTHING??
2          10/12/2016 09:05     coxm
           I asked that you have your meds dropped off since we do not have the meds you take.  Is
           that something that can happen?
```

| Request # | 475865 | MENTAL HEALTH REQUEST | CLOSED |
|---|---|---|---|

```
1          10/11/2016 19:43     RESIDENT
           LAST TIME I WAS HERE I DIDNT GET MEDICATIONS UNTIL MY SCHISZOPRENIA GOT REALY WORSE AND I
           EVEN WANTED TO KILL MY SELF BECAUSE OF THE PAIN DELUSIONS
2          10/12/2016 09:06     coxm
           I will add you to the list, but it is best to have your own dropped off.
```

| Request # | 476018 | MENTAL HEALTH REQUEST | CLOSED |
|---|---|---|---|

```
1          10/12/2016 09:43     RESIDENT
           NEED TO SEE A PROBITOR FOR SPCYH MEDS ASAP
2          10/13/2016 08:50     coxm
           You are on the list.
```

| Request # | 476098 | MENTAL HEALTH REQUEST | CLOSED |
|---|---|---|---|

```
1          10/12/2016 13:07     RESIDENT
           I NEED MEDICATION TRASADON
2          10/13/2016 08:53     coxm
           You are on the list to be seen.  Trazodone is not used to treat the illness you reported.
```

```
# of Requests  :        6

# Open         :        0
# Closed       :        6
```

| GT |
| --- |

**RESIDENT REQUEST REPORT**                                         Page    7 of    7

Winnebago County Jail
10/17/2016 12:49
OPR   keyto

---

MID            :  157549
Resident Name  :  SANTANA, EDGAR AUGSTIN

Request Type   :  ALL
Status         :  ALL
Time Frame     :  09/01/2016  -  10/17/2016
Sort By        :  Grievance Type

---

        Total Requests    :        22

        Total Open        :         2
        Total Closed      :        20