**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| Edgar Santana, | ) | |
| Plaintiff, | ) | Case No: 3:16 CV 50342 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Medical at Winnebago County Jail, et al. | ) | |
| Defendants. | ) | |

## ORDER, REPORT AND RECOMMENDATION

    Motion hearing held on 7/21/2017.  The plaintiff Edgar Santana was ordered to appear in person and provide medical records per Minute Order entry (Dkt# 20).  Plaintiff did not appear and was not present.  Accordingly, it is this Court's Report and Recommendation that the plaintiff's motion to reopen case and re-appoint counsel (Dkt#17) be denied.  Any objection must be filed by 8/7/2017.  Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).

(:04)
Date:  July 24, 2017                                  /s/ Iain D. Johnston
                                                                   U.S. Magistrate Judge