# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Edgar Santana, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No: 16 C 50342 |
| | ) | |
| Medical at Winnebago County Jail, et al., | ) | |
| | ) | |
| *Defendants*. | ) | Judge Frederick J. Kapala |

## **ORDER**

Before the court is a report and recommendation ("R&R") [21] from the magistrate judge that this court deny plaintiff's motion to reopen the case and re-appoint counsel [17]. Plaintiff was ordered to appear in person and provide medical records, which he failed to do. Any objection to the R&R was to be filed by August 7, 2017, and no objection has been received. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Thomas v. Arn, 474 U.S. 140, 149-50 (1985). Having reviewed the R&R and finding no error, the court adopts the R&R in full and denies plaintiff's motion.

Date: 8/8/2017                                            ENTER:

                                                         _____
                                                         FREDERICK J. KAPALA
                                                         District Judge